CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Dritan Deda**<br>YOB: 1978; Citizen of Albania | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-06632 MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 30, 2019, at or near Sasabe, in the District of Arizona, **Dritan Deda**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Detroit, Michigan on March 29, 2005, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Dritan Deda** is a citizen of Albania.  On March 29, 2005, **Dritan Deda** was lawfully denied admission, excluded, deported and removed from the United States through Detroit, Michigan.  On December 30, 2019, agents found **Dritan Deda** in the United States at or near Sasabe, Arizona, without the proper immigration documents.  **Dritan Deda** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>KCH/JJO<br>AUTHORIZED AUSA /s/Kevin Hakala | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br><br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE¹⁾ | DATE<br>December 31, 2019 |

¹⁾ See Federal rules of Criminal Procedure Rules 3 and 54