```
MICHAEL BAILEY
United States Attorney
District of Arizona
HEATHER SIEGELE
Assistant United States Attorney
State Bar No.: 023996
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: heather.siegele@usdoj.gov
Attorneys for Plaintiff
```

**FILED**

2020 JAN 29  PM 2: 21

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR20-00336 TUC-DCB(LAB) |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violation: |
| Dritan Deda, | 8 U.S.C. § 1326(a)(enhanced by 8 U.S.C. § 1326(b)(1)) |
| Defendant. | (Illegal Reentry) |

**THE GRAND JURY CHARGES:**

On or about December 30, 2019, in the District of Arizona, to wit: at or near Choulic, Dritan Deda, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Detroit, Michigan, on or about March 29, 2005, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security

/ / /

1 | to reapply for admission thereto; in violation of Title 8, United States Code, Section
2 | 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated:   January 29, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/ S /

HEATHER SIEGELE
Assistant United States Attorney

REDACTED FOR
PUBLIC DISCLOSURE