1

**CRAIG ORENT, E.S.Q.**
State Bar #015512

2

**ORENT LAW OFFICES, PLC**
11811 N. Tatum Blvd., Suite 3031

3

Phoenix, Arizona 85028
(480) 656-7301

4

Fax: 888-506-5818
corent@orentlaw.com

5

**Attorney for Defendant**

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8

9

UNITED STATES OF AMERICA,

Case No: CR20-00336-TUC-DCB

Plaintiff,

10

11

vs.

**DEFENDANT'S OBJECTION TO PRESENTENCE REPORT**

12

DRITAN DEDA,

Defendant.

13

14

Defendant, Dritan Deda, through undersigned counsel, respectfully submits the following

15

objection to the draft presentence report.

16

**I.      OBJECTION TO PARAGRAPHS 24, 26, & 27:**

17

**A.      DEFENSE POSITION**

18

Summarily, the objection is that the conviction and sentence from ¶ 24 should not result in

19

three Criminal History ("CH") points because the sentence was imposed and finished more than 15

20

years before the commission of the underlying offense. As a result, the CH points should be 9

21

instead of 12, and the CH category should be IV (24-30 mos.) instead of V (30-37 mos.).

22

According to Application Note to §4A1.1(a), three points are added to the CH Cat.

23

calculation for each prior sentence that exceeds one year and one month. But to apply, that sentence

24

must have been imposed within 15 years before the commencement of the underlying offense;

25

alternatively, "the defendant's <u>incarceration</u> [for that case must have] extended into the fifteen-year

26

period." *Id*. (emphasis added). *See also* §4A1.2(e)(1) ("Also count any prior sentence of

27

imprisonment exceeding one year and one month, whenever imposed, that resulted in the defendant

28

being <u>incarcerated</u> during any part of such fifteen-year period." (emphasis added)).

1    In addition, the application note to §4A1.2 (App. Note 2) states, "[f]or purposes of applying

2   §4A1.1(a), (b), or (c), [meaning for calculating solely if the sentence warrants 1, 2, or 3 points] the

3   length of a sentence of imprisonment is the stated maximum (e.g., [i]n the case of an indeterminate

4   sentence of one to five years, the stated maximum is five years. . .) . . . That is, *criminal history*

5   *points* [as distinguished from whether the sentence, outside of 15 years, extended into the 15-year

6   window] are based on the sentence pronounced, not the length of time actually served." (emphasis

7   added).

8    The sentence in ¶ 24 was imposed on 12/11/2002 and was an indeterminate sentence of 13

9   mos. to 10 years in prison ("BOP"). Thus, at the outset, for purposes of §4A1.1(a) (adding three

10  points), the maximum sentence was 10 years, and would preliminarily qualify for adding three CH

11  points because the "imposed" sentence was 10 years and exceeds "one year and one month."

12   However, the sentence was imposed more than 15 years before the commencement of the

13  underlying crime (imposed on 12/11/2002; start date of underlying crime was December 30, 2019,

14  with the 15-year cutoff being 12/9/2004. Therefore, the prior sentence could qualify for 3 points

15  only if Mr. Deda was "incarcerated" (*see supra*.) because of this sentence beyond 12/9/2004. Given

16  a commonsense, reasonable assessment and analyses of the existing, known record, Mr. Deda

17  suggests he was not "incarcerated" for the particular case referenced in ¶24 beyond 12/9/2004, the

18  15-year endpoint.

19   The sentence in ¶ 25 was imposed on 3/13/2003 (3 months, 2 days after imposition of the

20  sentence in ¶ 24) and was 23 to 48 mos. to run consecutive to the sentence in ¶ 24. *See* ¶25 & **Ex. A**.

21  Because the two sentences were to run consecutive, and the minimum sentence to be served under ¶

22  24 was 13 months (which would have ended on 1/11/2004 – before the start of the 15-year cutoff of

23  12/9/2004), there is no evidence in the record or other showing that Mr. Deda was "incarcerated"

24  because of ¶ 24 beyond and into the 15-year timeframe. In fact, it appears from the records that he

25  served less than 13 mos. before the ¶ 25 sentence began.

26   The plea agreement from ¶ 24 expressly states, "Sentencing Agreement to no more than 13

27  (thirteen months) to run concurrently with each other on each count." **Ex. B**. And the sentencing

28  abstract typed notes similarly say, "Pros recommend 13 month cap on min. Ct accepts plea." **Ex. C**.

ORENT LAW OFFICES, PLC
11811 N. Tatum Blvd., Suite 3031
Phoenix, Arizona 85028

United States v. Dritan Deda
Case No. CR20-00336-TUC-DCB

Additionally, Mr. Deda received 252 days of credit for time served against that sentence, meaning he had just 138 days (or approximately four months, 18 days) to serve before the second (consecutive) sentence began.

After combining the minimum 23 months sentence from ¶ 25 with the minimum sentence of 13 months (minus credit for time served), the approximate release date would coincide with the actual release date listed in both paragraphs: 2/22/05. This observation further supports the conclusion that the sentence from the first case (¶24) had concluded before the 15-year marker or starting point.

For further clarification, the end of the remaining sentence of 4 mos., 18 days (after the credit reduction) from the date of sentencing in the first case was April 29, 2003, which means that as of the sentencing date in the second case (on 3/13/2003), Mr. Deda had just 47 days to serve before the next sentence began (on 4/29/2003). Mr. Deda was released from Michigan prison to ICE on 2/22/2005, just under approximately 22 months (he had 23 months to serve on his second sentence).

Consequently, the evidence reflects that Mr. Deda's incarcerations (from ¶ 24) of 13 months (minus the CTS) was completed before the 15-year mark. And, because he was not "incarcerated during any part of such fifteen-year period," that sentence cannot be counted or receive any CH points.

## B.   POTENTIAL CONTRARY POSITION

Upon notifying the assigned prosecutor, and through her, the PSR writer ("PO"), the PO responded that he would modify – or update – the draft-PSR, in part because the case referenced in ¶24 was so old that there were no elucidating records. However, the PO later reported that his supervisor contacted someone (Sharleen Buck) at the Michigan Department of Corrections ("MDOC"), and as a result, there would be no modification.

As a result, undersigned communicated with Ms. Buck by email and later by telephone, seeking an explanation and clarification. Ms. Buck confirmed that Mr. Deda's file no longer exists and that there is no digital record because of a change in computer systems. However, Ms. Buck indicated she had sufficient data to opine that Mr. Deda was incarcerated on all of his cases – including the one from ¶24 – up until his release to ICE on 2/22/2005 (into the 15-year window).

ORENT LAW OFFICES, PLC
11811 N. Tatum Blvd., Suite 3031
Phoenix, Arizona 85028

United States v. Dritan Deda
Case No. CR20-00336-TUC-DCB

Respectfully, this opinion seems to fly in the face of and to be incompatible with a practical review of and deduction from the documentary record, as we know it. Consequently, Mr. Deda and defense counsel maintain the stated objection.

**II.     CLOSING**

Therefore, Mr. Deda, through undersigned counsel, objects to ¶¶24, 26, & 27 and suggests the applicable CH should be IV (24-30 mos.) instead of V (30-37 mos.).

Respectfully submitted on August 31, 2020

/s/ *Craig Orent*
_____
Craig Orent, Esq.
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2020, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal to the following ECF registrants:

Heather Nicole Siegel, Esq.
Assistant United States Attorney

Eric G. Nuñez
U.S. Probation Officer

United States v. Dritan Deda
Case No. CR20-00336-TUC-DCB

# ATTACHMENT A

Case 4:20-cr-00336-DCB-LAB  Document 29  Filed 08/31/20  Page 6 of 22

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
                              Attys;P-Mccririe/D-Niskar;        CRT
                              Mdoc-min 23 mos, max 48 mos;      CRT
                              Consecutive w/02-12867-fh &       CRT
                              concurrent w/ea other & St.       CRT
                              Clair county case 02-2828;        CRT
                              drb                               CRT
```

| SENTENCE PRISON: | MINIMUM | MAXIMUM | CREDIT |
|---|---|---|---|
| CONSECUTIVE | YYY- 23-DDD | YYY- 48-DDD | YYY-MMM-DDD |
| BEGIN 03/13/03 | | | |

```
        $60.00  CRIME VICTIM RIGHTS              60.00  DNA SPECIMEN FEE
61                         00002    SENTENCING                    CRT WCC
                              Mdoc-min 23 mos, max 48 mos;      CRT
```

| SENTENCE PRISON: | MINIMUM | MAXIMUM | CREDIT |
|---|---|---|---|
| CONSECUTIVE | YYY- 23-DDD | YYY- 48-DDD | YYY-MMM-DDD |
| BEGIN 03/13/03 | | | |

```
62                         NOTICE OF APPEAL OF RIGHTS        CLK WCC
63                         Remand to county jail             CLK WCC
64 03/17/03                FINAL ORDER OR JUDGMENT FILED     CLK DRB
                           /COMMIT TO MDOC                   CLK
65 06/14/10                Removed COLLECT status - PRIS     CLK LLP
66 09/14/11                Letter Sent - Overdue Payment     CLK TMK
67                            Stmt Nbr - 1   Text - 101      CLK TMK
68                            Tot Due on Stmt - $120.00      CLK TMK
69 09/28/12                FILE SENT TO MICROFILM            CLK KO
70 11/21/12                FILE RETURNED FROM MICROFILM      CLK KO
71 11/13/13                Letter Sent-2-102-$120.00         CLK LLP
72 11/21/13                PREV. 879 CENTURY DR.    #1005    CLK RR
                           ADDR. TROY MI 48083               CLK
                           SOURCE: ACCURINT                  CLK
73                         Letter Sent - 101 - $120.00       CLK RR
74 01/28/14                Stop Send Overdue Pymt Notice     CLK RR
75 07/15/14                Start Send Overdue Pymt Notice    CLK RR
76                         PREV. 31626 SCHOENHERR ROAD, A    CLK RR
                           ADDR. WARREN MI 48088             CLK
                           SOURCE: ACCURINT                  CLK
77                         Letter Sent - 103 - $120.00       CLK RR
78 04/13/18                MONEY ORDERED                     CRT ***
                           AUTOMATIC LATE FEE ASSESSMENT     CRT
      $24.00   20% LATE PENALTY FEE
79 06/01/18                Extracted to a Collect Agency     CLK KLC
80 02/13/20                COLLECT stmt level RESET 900-0    CLK RR
81 02/20/20                Letter Sent-1-101-$144.00         CLK RR
. . . . . . . . . . . . . . . . . . . . . . . . .  END OF SUMMARY  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
```

Original-Court                      3rd copy-State Police
1st copy-Corrections      MAR 1 4 2003    4th copy-Defendant
Approved,SCAO    2nd copy-Corrections (for return)    5th copy-Prosecutor

---

| STATE OF MICHIGAN | JUDGMENT OF SENTENCE | CASE NO. |
|---|---|---|
| 44TH JUDICIAL CIRCUIT COURT | COMMITMENT TO | 02-013203-FH-B |
| | DEPARTMENT OF CORRECTIONS | |

---

ORI 470015J        Police Report No.                    PAGE   1
COURT ADDRESS                                           COURT TELEPHONE NO.
JUDICIAL CENTER            HOWELL        MI   48843        (517)546-9816

                                    Defendant
                                    DEDA,DRITAN,
THE PEOPLE OF STATE OF MICHIGAN      879 CENTURY DR.     #1005
                              V      TROY MI  48083
                                    CTN/TCN: 470200313701
                                    SID:          DOB:  8/22/78

Prosecuting attorney name    Bar no.    Defendant attorney name    Bar no.
MORSE,DAVID L.,              33093      NISKAR,JOSEPH A.,           55538

---

**THE COURT FINDS:**

1. The defendant was found guilty on  2/13/03  of the crime(s) stated below:

   *Plea: use (G) for guilty plea; (NC) for nolo contendere; (MI) for guilty but
    mentally ill.
   *Use (X) if sentence is to be enhanced because of Habitual Offender Act.
            CONVICTED BY                          CHARGE CODE(S)
   CT  PLEA COURT JURY          CRIME          MCL CITATION/PACC CODE
   1    __    _    X   ESCAPE AWAIT TRIAL-FELONY   750.1972
   2    __    _    X   ESCAPE AWAIT TRIAL-FELONY   750.1972 CONSPIRE

 _ 2. The conviction is reportable to the Secretary of State under
      MCL 257.625(20)(b). The defendant's driver license number is:
 _ 3. HIV testing and sex offender registration is completed.
 _ 4. The defendant has been fingerprint ed according to MCL 28.243.

**IT IS ORDERED:**
5. Defendant is sentenced to custody of Michigan Department of Corrections.
   This sentence shall be executed immediately.

                              DATE    JAIL
        SENTENCE   MINIMUM  MAXIMUM SENTENCE CREDIT         OTHER
   CT   DATE      YR-MO-DY  YR-MO   BEGINS   MO-DY       INFORMATION
   1  3/13/03  000-023-000 000-048  3/13/03  _____    _____
   2  3/13/03  000-023-000 000-048  3/13/03  _____    _____

 X 6. Sentence(s) to be served consecutively to: (if this item is not checked,
      the sentence is concurrent)
    X each other.   X case numbers W/FILE 02-12867-FH

7. Defendant shall pay:    _ _____ $.00   for restitution.
                           X _____ $60.00  for DNA sample.
                           X _____ $60.00  for Crime Victim Rights Fund.
                           _ _____ $.00   for forensic lab test.

 _ 8. The concealed weapon board shall  _ suspend for _____ days

# ATTACHMENT B

Case 4:20-cr-00336-DCB-LAB   Document 29   Filed 08/31/20   Page 9 of 22

```
D 001 DEDA,DRITAN,#                         DOB: 08/22/78    SEX: M  RACE: U
  AKA-DARAJ,KOLE,
  AKA-DEDA,TONY,
        1281 BRIGHTON DRIVE                 CTN:470200100101 TCN:
        HOLLISTER, CA  95023                SID:
                                            DLN:XXXXXXXXXXXXX ST:XX
      ATY: NISKAR,JOSEPH A.,                PROSECUTOR: MORSE,DAVID L.,
        P-55538  787-281-4922 RETAINED               P-33093
      LOWER DISTRICT:  0053 CTY# 47  CASE# 02-0782-FY  PRELIM: WAIVE 04/10/02
      INCARCERATION DATE:              DISTRICT ARRAIGNMENT:   04/04/02


R 001 SHERWIN WILLIAMS,,3750      OWE   $850.00 REC    $672.60 BAL    $177.40
R 002 STATE ALARM,,              OWE   $129.31 REC      $.00 BAL    $129.31
R 003 ST TREASURY,UNCLAIMED REST, OWE    $29.90 REC     $29.90 BAL      $.00
```

### Bond History

| Num | Amount | Type | Posted Date | Status |
|---|---|---|---|---|
| 1 | $1,000,000.00 | Cash/Surety | | Cancelled |

### Charges

| Num | Type | Charge(Pacc) | Asc/Trf | Charge Description | Offense Dt | Dsp | Evt |
|---|---|---|---|---|---|---|---|
| 01 | ORG | 750.110 | | BREAK & ENTER W/INTENT | 04/02/02 | NOC | MSH |
| 02 | ORG | 750.116 | | BURGLAR'S TOOLS PSS | 04/02/02 | NOC | MSH |
| 03 | ORG | 750.110 | C | BREAK & ENTER W/INTENT | 04/02/02 | NOC | MSH |

### Assessments

| Account | Ordered | Paid | Balance |
|---|---|---|---|
| FINES | $50.00 | $.00 | $50.00 |
| CRIME VICTIM RIGHTS | $60.00 | $.00 | $60.00 |
| RESTITUTION | $979.31 | $702.50 | $276.81 |
| DNA SPECIMEN FEE | $60.00 | $.00 | $60.00 |
| 20% LATE PENALTY FEE | $34.00 | $.00 | $34.00 |
| TOTAL: | $1,183.31 | $702.50 | $480.81 |
| PAYMENT DUE: | LATE FEE DATE:  2/11/03 | | |

### Actions, Judgments, Case Notes

| Num | Date | Judge | Chg/Pty | Event Description/Comments | |
|---|---|---|---|---|---|
| 1 | 04/16/02 | BURRESS | | CASE REASSIGNMENT | CLK DRB |
| | | | | FROM: LATREILLE,STANLEY J., | CLK |
| | | | | TO: BURRESS,DANIEL A., | CLK |
| 2 | | | | RETURN TO CIRCUIT COURT | CLK DRB |
| | | | | SET NEXT DATE FOR: 04/19/02  8:30 AM | CLK |
| | | | | ARRAIGNMENT | |
| | | | | D.C. JUDGE-HEGARTY | CLK |
| 3 | | | | INFORMATION | CLK DRB |
| 4 | | | | CODEFENDANT/CONSOLIDATED | CLK DRB |

Case 4:20-cr-00336-DCB-LAB  Document 29  Filed 08/31/20  Page 10 of 22
------------------------------------------------------------------------

|       |          |       | 02-12866-FH                          | CLK     |
|-------|----------|-------|--------------------------------------|---------|
|       |          |       | PAULIN HARUSHA                       | CLK     |
| 5     | 04/19/02 |       | MONEY ORDERED                        | CRT DRB |
|       | $50.00 FINES |   |                                      |         |
| 6     |          |       | NOTICE SENT FOR:   05/24/02  8:30 AM | CLK CEB |
|       |          |       | PRE-TRIAL HEARING                    |         |
| 7     |          |       | NOTICE SENT FOR:   06/24/02  8:30 AM | CLK CEB |
|       |          |       | JURY TRIAL                           |         |
| 8     |          |       | NOTICE SENT FOR:   07/08/02  8:30 AM | CLK CEB |
|       |          |       | JURY TRIAL                           |         |
|       |          |       | ALTERNATE TRIAL DATE                 | CLK     |
| 9     |          |       | ARRAIGNMENT                          | CRT DRB |
|       |          |       | WAIVED / CIRCUIT COURT WAIVER OF     | CRT     |
|       |          |       | ARRAIGNMENT FILED                    | CRT     |
| 10    |          |       | Remand to county jail                | CLK DRB |
| 12    |          |       | ARRAIGNMENT                          | CRT SJB |
|       |          |       | Attys: P- W. McCririe                | CRT     |
|       |          |       | D- J. Thomas                         | CRT     |
|       |          |       | Defendant Arraigned On Record        | CRT     |
|       |          |       | Court Enters A Not Guilty Plea       | CRT     |
|       |          |       | Pre-Trial Set 05/24/02 @ 8:30a       | CRT     |
|       |          |       | Jury Trial Set 06/24/02 @ 8:30       | CRT     |
|       |          |       | Alt Jury Trial 07/08/02 @ 8:30       | CRT     |
|       |          |       | Def Motion to Amend Bond             | CRT     |
|       |          |       | Denied                               | CRT     |
| 11    | 04/22/02 |       | PROOF OF SERVICE/NTC TO APPEAR       | CLK DRB |
| 13    | 05/24/02 |       | SET NEXT DATE FOR: 05/31/02  8:30 AM | CLK WCC |
|       |          |       | PRE-TRIAL HEARING                    |         |
|       |          |       | adj from 5/24/02                     | CLK     |
|       |          |       | Order for adj                        | CLK     |
| 14    | 06/14/02 |       | REMOVE NEXT EVENT: 06/24/02  8:30 AM | CLK DRB |
|       |          |       | JURY TRIAL                           |         |
|       |          |       | adj to 9/9/02                        | CLK     |
| 15    |          |       | REMOVE NEXT EVENT: 07/08/02  8:30 AM | CLK DRB |
|       |          |       | JURY TRIAL                           |         |
| 16    |          |       | SET NEXT DATE FOR: 09/09/02  8:30 AM | CLK DRB |
|       |          |       | JURY TRIAL                           |         |
|       |          |       | adj from 6/24/02                     | CLK     |
|       |          |       | Order for adj                        | CLK     |
| 17    |          |       | Stip order to adj pth                | CLK DRB |
| 18    | 07/15/02 |       | Demand for discovery                 | CLK DRB |
| 19    |          | D 001 | APPEARANCE                           | CLK DRB |
|       |          |       | ATTORNEY: P-55538 NISKAR             | CLK     |
|       |          |       | Demand for trial by jury             | CLK     |
| 20    |          | D 001 | FROM: THOMAS,JAMES C.,               | CLK DRB |
|       |          |       | TO: NISKAR,JOSEPH A.,                | CLK     |
| 21    |          |       | PROOF OF SERVICE FILED               | CLK DRB |
| 22    |          |       | Substitution of atty                 | CLK DRB |
|       |          |       | consent                              | CLK     |
|       |          |       | Order                                | CLK     |
| 24    | 07/16/02 |       | Trial witn list                      | CLK DRB |
| 25    |          |       | PROOF OF SERVICE FILED               | CLK DRB |
| 23    | 07/18/02 | D 001 | FROM:  NISKAR,JOSEPH A.,              | CLK DRB |
|       |          |       | TO:   THOMAS,JAMES C.,               | CLK     |
| 26    | 08/02/02 | D 001 | APPEARANCE                           | CLK DRB |
|       |          |       | ATTORNEY: P-55538 NISKAR             | CLK     |
| 27    |          | D 001 | FROM: THOMAS,JAMES C.,               | CLK DRB |

Case 4:20-cr-00336-DCB-LAB  Document 25  Filed 08/31/20  Page 11 of 22
--------------------------------------------------------------------------------

|      |          |        | TO: NISKAR,JOSEPH A.,                    | CLK     |
| 28   |          |        | PROOF OF SERVICE FILED                   | CLK DRB |
| 29   | 08/15/02 |        | REMOVE NEXT EVENT: 09/09/02  8:30 AM     | CLK DRB |
|      |          |        |   JURY TRIAL                             |         |
|      |          |        | adj to 9/30/02                           | CLK     |
| 30   |          |        | SET NEXT DATE FOR: 09/30/02  8:30 AM     | CLK DRB |
|      |          |        |   JURY TRIAL                             |         |
|      |          |        | adj from 9/9/02                          | CLK     |
|      |          |        | Order for adj                           | CLK     |
| 31   | 08/19/02 |        | PROOF OF SERVICE FILED                   | CLK DRB |
| 32   | 09/30/02 |        | SET NEXT DATE FOR: 10/28/02  8:30 AM     | CLK DRB |
|      |          |        |   JURY TRIAL                             |         |
|      |          |        | adj from 9/30/02                         | CLK     |
|      |          |        | Order for adj                           | CLK     |
| 33   | 10/10/02 |        | Amended trial witn list                  | CLK DRB |
| 34   | 10/15/02 |        | Writ of habeas corpus                    | CLK DRB |
| 35   | 10/28/02 |        | MISCELLANOUS HEARING HELD                | CRT MJP |
|      |          |        | Attys: P- W. McCririe                     | CRT     |
|      |          |        | D- Joseph Niskar                         | CRT     |
|      |          |        | Date scheduled for JYT                   | CRT     |
|      |          |        | Def Sworn & Testifies                    | CRT     |
|      |          |        | Plt & Def Waive Trial by Jury            | CRT     |
|      |          |        | Def Pl N/C to Cnt 1:B & E w/i            | CRT     |
|      |          |        | nt; Cnt 2: PSS Burg.                     | CRT     |
|      |          |        | Tools; Cnt 3: Consp B & E w/I            | CRT     |
|      |          |        | ==Pros recommend 13 month cap on==       | CRT     |
|      |          |        | ==min.==                                 | CRT     |
|      |          |        | ==Ct accepts plea==                      | CRT     |
|      |          |        | SEN Set For: 12/11/02 @ 1:30pm           | CRT     |
|      |          |        | DNA testing & $60 fee ordered            | CRT     |
|      |          |        | File 02-13203 Pretrial Conduct           | CRT     |
|      |          |        |  & Closed                                | CRT     |
|      |          |        | Bond Cancelled                          | CRT     |
| 38   |          | 00001  | MISCELLANOUS HEARING HELD                | CRT DRB |
|      |          |        | NOLO CONTENDRE                           | CRT     |
| 39   |          | 00002  | MISCELLANOUS HEARING HELD                | CRT DRB |
|      |          |        | NOLO CONTENDRE                           | CRT     |
| 40   |          | 00003  | MISCELLANOUS HEARING HELD                | CRT DRB |
|      |          |        | NOLO CONTENDRE                           | CRT     |
| 51   |          |        | SET NEXT DATE FOR: 12/11/02  1:30 PM     | CLK MJP |
|      |          |        |   SENTENCING                             |         |
| 36   | 10/29/02 |        | REFERRAL FOR PRE-SENTENCE REPORT         | CLK DRB |
| 37   |          |        | PLEA AGREEMENT                           | CLK DRB |
| 41   |          |        | WAIVER OF TRIAL BY JURY                  | CLK DRB |
| 42   |          |        | Remand to county jail                    | CLK DRB |
| 43   |          |        | ORDER FOR DNA SAMPLE                     | CLK DRB |
| 44   | 11/13/02 |        | CERTIFICATION & RETURN OF DNA            | CLK DRB |
|      |          |        | SAMPLE                                   | CLK     |
| 45   | ==12/11/02== |    | NOTICE OF APPEAL OF RIGHTS               | CLK WCC |
| 46   |          |        | Remand to county jail                    | CLK WCC |
| 47   |          | 00001  | ==SENTENCING==                           | CRT DRB |
|      |          |        | Attys;P-Mccririe/P-Niskar;               | CRT     |
|      |          |        | Mdoc-min 13 mos, max 10 yrs w/           | CRT     |
|      |          |        | ==252 days credit==;                     | CRT     |
|      |          |        | drb                                      | CRT     |

| ==SENTENCE PRISON:== | MINIMUM      | MAXIMUM       | CREDIT       |
|----------------------|--------------|---------------|--------------|
|                      | YYY- 13-DDD  | 10-MMM-DDD    | YYY-MMM-252  |

Case 4:20-cr-00336-DCB-LAB  Document 29  Filed 08/31/20  Page 12 of 22
--------------------------------------------------------------------------

|     | BEGIN 12/11/02 |
| --- | --- |
|     | $60.00  CRIME VICTIM RIGHTS            979.31   RESTITUTION |
|     | $60.00  DNA SPECIMEN FEE |

```
    48                    00002   SENTENCING                          CRT DRB
                                  Mdoc-min 13 mos, max 10 yrs w/      CRT
                                  252 days credit;                   CRT
      SENTENCE PRISON:    MINIMUM          MAXIMUM          CREDIT
                          YYY- 13-DDD      10-MMM-DDD       YYY-MMM-252

      BEGIN 12/11/02
    49                    00003   SENTENCING                          CRT DRB
                                  Mdoc-min 13 mos, max 10 yrs w/      CRT
                                  252 days credit;                   CRT
      SENTENCE PRISON:    MINIMUM          MAXIMUM          CREDIT
      BEGIN 12/11/02      YYY- 13-DDD      10-MMM-DDD       YYY-MMM-252
    50 12/16/02                   FINAL ORDER OR JUDGMENT FILED       CLK DRB
                                  /COMMIT TO MDOC                     CLK
    65                            BOND CANCELED (01)                  CLK DRB
    52 04/04/03                   COURT ORDERED PAID                  CLK DRB
                                  RECEIPT#  00191849  AMT       $.00
                                  co-deft pymt 02-12866-fh           CLK
                                   110.20                            CLK
    53 04/24/03          R 001    RESTITUTION DISBURSEMENT            CLK DRB
                                  RECEIPT#  00179275  AMT    $110.20
                                  co-deft pymt 02-12866-fh           CLK
    54 10/08/03                   COURT ORDERED PAID                  CLK DRB
                                  RECEIPT#  00197187  AMT    $104.80
    55 10/30/03          R 001    RESTITUTION DISBURSEMENT            CLK DRB
                                  RECEIPT#  00188162  AMT    $104.80
    56 01/29/04                   COURT ORDERED PAID                  CLK DRB
                                  RECEIPT#  00200223  AMT       $.00
                                  co-deft pymt 02-12866-fh           CLK
                                   88.83                             CLK
    57 02/12/04          R 001    RESTITUTION DISBURSEMENT            CLK DRB
                                  RECEIPT#  00192897  AMT     $88.83
                                  co-deft pymt                       CLK
    58 03/16/04                   COURT ORDERED PAID                  CLK MCB
                                  RECEIPT#  00201726  AMT    $115.62
    59 03/25/04          R 001    RESTITUTION DISBURSEMENT            CLK DRB
                                  RECEIPT#  00194803  AMT    $115.62
    60 07/19/04                   COURT ORDERED PAID                  CLK DRB
                                  RECEIPT#  00205407  AMT    $125.50
    61 08/05/04          R 001    RESTITUTION DISBURSEMENT            CLK DRB
                                  RECEIPT#  00200815  AMT    $125.50
    62 11/18/04                   COURT ORDERED PAID                  CLK DRB
                                  RECEIPT#  00209184  AMT    $127.65
    63 12/09/04          R 001    RESTITUTION DISBURSEMENT            CLK DRB
                                  RECEIPT#  00207200  AMT    $127.65
    64 03/08/05                   COURT ORDERED PAID                  CLK DRB
                                  RECEIPT#  00212027  AMT     $29.90
                                  /state of mi check                 CLK
    68 09/28/12                   FILE SENT TO MICROFILM              CLK KO
    66 11/07/12                   COLLECT Status - PRISON             CLK RR
    67                            Removed COLLECT status - PRIS       CLK RR
    69 11/21/12                   FILE RETURNED FROM MICROFILM        CLK KO
    70 11/13/13                   Letter Sent-1-101-$446.81           CLK LLP
    71 11/21/13                   PREV. 879 CENTURY DR.               CLK RR
```

Case 4:20-cr-00336-DCB-LAB  Document 29  Filed 08/31/20  Page 13 of 22

--------------------------------------------------------------------------
```
                                 ADDR. TROY MI 48083               CLK
                                 SOURCE: ACCURINT                  CLK
    72                           Letter Sent - 101 - $446.81       CLK RR
    73 01/15/14                  Letter Sent-2-102-$446.81         CLK RR
    74 01/28/14                  Stop Send Overdue Pymt Notice     CLK RR
    75 07/15/14                  Start Send Overdue Pymt Notice    CLK RR
    76                           PREV. 31626 SCHOENHERR ROAD, A    CLK RR
                                 ADDR. WARREN MI 48088             CLK
                                 SOURCE: ACCURINT                  CLK
    77                           Letter Sent - 103 - $446.81       CLK RR
    78 10/24/17        R 003     RESTITUTION DISBURSEMENT          CLK KLC
                                 RECEIPT#  02191966  AMT    $29.90
                                 **Updated records                CLK
    79 04/13/18                  MONEY ORDERED                     CRT ***
                                 AUTOMATIC LATE FEE ASSESSMENT     CRT
        $34.00  20% LATE PENALTY FEE
    80 06/01/18                  Extracted to a Collect Agency     CLK KLC
    81 02/13/20                  COLLECT stmt level RESET 900-0    CLK RR
    82 02/20/20                  Letter Sent-1-101-$480.81         CLK RR
.............................  END OF SUMMARY  ............................
```

```
                Original-Court                          3rd copy-State Police
                1st copy-Corrections      DEC 1 6 2002  4th copy-Defendant
Approved,SCAO   2nd copy-Corrections (for return)      5th copy-Prosecutor
```

--------------------------------------------------------------------

| STATE OF MICHIGAN | JUDGMENT OF SENTENCE | CASE NO. |
|---|---|---|
| 44TH JUDICIAL CIRCUIT COURT | COMMITMENT TO | 02-012867-FH-B |
| | DEPARTMENT OF CORRECTIONS | |

--------------------------------------------------------------------

| ORI 470015J | Police Report No. | PAGE  1 |
|---|---|---|
| COURT ADDRESS | | COURT TELEPHONE NO. |
| JUDICIAL CENTER | HOWELL       MI  48843 | (517)546-9816 |

```
                              Defendant
                              DEDA,DRITAN,
                              AKA-DARAJ,KOLE,
                              879 CENTURY DR.
THE PEOPLE OF STATE OF MICHIGAN   V   TROY MI  48083
                              CTN/TCN: 470200100101
                              SID:            DOB:  8/22/78
```

| Prosecuting attorney name | Bar no. | Defendant attorney name | Bar no. |
|---|---|---|---|
| MORSE,DAVID L., | 33093 | NISKAR,JOSEPH A., | 55538 |

--------------------------------------------------------------------

**THE COURT FINDS:**

1. The defendant was found guilty on <u>10/28/02</u> of the crime(s) stated below:

   *Plea: use (G) for guilty plea; (NC) for nolo contendere; (MI) for guilty but
    mentally ill.
   *Use (X) if sentence is to be enhanced because of Habitual Offender Act.

| CT | PLEA | CONVICTED BY COURT | JURY | CRIME | MCL CITATION/PAGE CODE | CHARGE CODE(S) |
|---|---|---|---|---|---|---|
| 1 | NC | — | — | BREAK & ENTER W/INTENT | 750.110 | |
| 2 | NC | — | — | BURGLAR'S TOOLS PSS | 750.116 | |
| 3 | NC | — | — | BREAK & ENTER W/INTENT | 750.110 CONSPIRE | |

\_ 2. The conviction is reportable to the Secretary of State under
   MCL 257.625(20)(b). The defendant's driver license number is: _____
\_ 3. HIV testing and sex offender registration is completed.
\_ 4. The defendant has been fingerprint ed according to MCL 28.243.

**IT IS ORDERED:**
5. Defendant is sentenced to custody of Michigan Department of Corrections.
   This sentence shall be executed immediately.

| CT | SENTENCE DATE | MINIMUM YR-MO-DY | MAXIMUM YR-MO | DATE SENTENCE BEGINS | JAIL CREDIT MO-DY | OTHER INFORMATION |
|---|---|---|---|---|---|---|
| 1 | 12/11/02 | 000-013-000 | 010-000 | 12/11/02 | 000-252 | _____ |
| 2 | 12/11/02 | 000-013-000 | 010-000 | 12/11/02 | 000-252 | _____ |
| 3 | 12/11/02 | 000-013-000 | 010-000 | 12/11/02 | 000-252 | _____ |

\_ 6. Sentence(s) to be served consecutively to: (if this item is not checked,
   the sentence is concurrent)
   \_ each other.  \_ case numbers _____

7. Defendant shall pay:   X   $979.31  for restitution.
                          X   $60.00   for DNA sample.
                          X   $60.00   for Crime Victim Rights Fund.

```
                    Original-Court              3rd copy-State Police
                    1st copy-Corrections        4th copy-Defendant
Approved,SCAO       2nd copy-Corrections (for return)  5th copy-Prosecutor
---------*------------------------------------------------------------
STATE OF MICHIGAN           JUDGMENT OF SENTENCE      CASE NO.
44TH JUDICIAL CIRCUIT COURT    COMMITMENT TO   .      02-012867-FH-B
                            DEPARTMENT OF CORRECTIONS
----------------------------------------------------------------------
ORI 470015J         Police Report No.               PAGE   2
COURT ADDRESS                                       COURT TELEPHONE NO.
JUDICIAL CENTER              HOWELL      MI  48843   (517)546-9816
```

|  |  |
|---|---|
| THE PEOPLE OF STATE OF MICHIGAN   V | Defendant<br>DEDA,DRITAN,<br>AKA-DARAJ,KOLE,<br>879 CENTURY DR.<br>TROY MI  48083<br>CTN/TCN: 470200100101<br>SID:            DOB:  8/22/78 |

```
Prosecuting attorney name    Bar no.    Defendant attorney name    Bar no.
MORSE,DAVID L.,              33093      NISKAR,JOSEPH A.,           55538
----------------------------------------------------------------------
                _____ $.00  for forensic lab test.

_ 8.The concealed weapon board shall _ suspend for ____ days
                                     _ permanently revoke
     the concealed weapon license, permit number _____, issued by
     _____ County.

9.Court recommendation:
```

Date _Dec 16, 2002_  Judge: _Daniel A. Burress_____ Bar No: 11445
                           DANIEL A. BURRESS

I certify that this is a correct and complete abstract from the original court
records. The sheriff shall, without needless delay, deliver defendant to the
Michigan Department of Corrections at a place designated by the department.


(SEAL)              _Darlene Bourdeau_____
                    Deputy court clerk

        MCL 765.15(2), MCL 769.16a, MCL 775.22, MCL 780.766, MCR 6.427(A)

CC 219b (3/02)   **JUDGMENT OF SENTENCE, COMMITMENT TO DEPARTMENT OF CORRECTIONS**

# ATTACHMENT C

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF LIVINGSTON
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PEOPLE OF THE STATE OF MICHIGAN,**

**Plaintiff,**

v

Case No(s). _O2-12867-FH_

DRITAN DEDA ,
_____
Defendant.

~~GUILTY~~ PLEA FORM
NO CONTEST

_____/

1. _Dritan Deda_ _____  _____
   Name                          Age        Date of Birth

2. Formal schooling consists of _____

3. Do you read, write and understand the English language?   _Yes_

4. Are you presently under the influence of alcohol or any controlled substance?   _No_

5. You are presently offering a plea of ~~guilty~~ no contest to:

   Count I.  Name: _Breaking + Entering_
   Statute: MCL: _750.110_   MSA: _____
   Please check applicable line:
   (X)   ~~Guilty~~ N.C. as charged
   (  )   Lesser Included Offense
   (  )   Dismissed as part of this plea
   Maximum Penalty of Count I:

   _10 years_ _____

   Count II.  Name: _Possession of Burglr Tools_
   Statute: MCL: _750.116_   MSA: _____
   Please check applicable line:
   (X)   ~~Guilty~~ N.C. as charged
   (  )   Lesser Included Offense
   (  )   Dismissed as part of this plea
   Maximum Penalty of Count II:

   _10 years_ _____

1

Count III.  Name: _Conspiracy to Commit B+E_

Statute: MCL: _750.157a(a)_  MSA:_____

Please check applicable line:

(X)  Guilty as charged _N.C._

(  )  Lesser Included Offense

(  )  Dismissed as part of this plea

Maximum Penalty of Count III:

_10 years_

Count IV.  Name:_____

Statute: MCL:_____  MSA:_____

Please check applicable line:

(  )  Guilty as charged

(  )  Lesser Included Offense

(  )  Dismissed as part of this plea

Maximum Penalty of Count IV:

6.  Do you understand that the plea of ~~guilty~~ _n.c._ that you are now offering to this charge has the same legal effect as a conviction at a trial?   _Yes_

Do you understand that if you are presently on probation or parole for any other conviction that the plea of guilty that you are now offering could result in a revocation of that status and might subject you to the full penalties of the prior conviction?   _Yes_

Are you presently on probation or parole for any other conviction?   _No_

If yes, explain.

_____

_____

_____

7.  Has your lawyer explained to you the nature of the charge against you to your complete satisfaction?   _Yes_

Are you satisfied with the services of your attorney?   _Yes_

2

8.   What is the maximum sentence on this charge?                    _10 years_

     What is the minimum sentence, if any?                          _0 (Probation)_

9.   Do you understand that you are entitled to a trial?                    Yes
     (A)   that trial could be by a jury?                                   Yes
                   OR
     (B)   if you choose, and prosecutor and the Court consent, your trial could be in front of
           the judge sitting without a jury?                               Yes

10.  Do you understand that if the Court accepts your plea that you will not have a trial of any
     kind?                                                                  Yes

11.  Do you understand that you have the following rights at a trial?

     (A)   to be presumed innocent until proven guilty                     Yes

     (B)   to have the prosecutor prove, beyond a reasonable doubt, that you are guilty _Yes_

     (C)   to have the witnesses against you appear at the trial           Yes

     (D)   to question the witnesses against you                           Yes

     (E)   to have the Court order your witnesses to appear at the trial   Yes

     (F)   to remain silent during the trial                               Yes

     (G)   to not have that silence used against you                       Yes

     (H)   to testify at the trial if you want to                          Yes

     Do you further know and understand that if the judge accepts the plea that you are now
     offering, you are giving up all the rights you would have at a trial, including the above
     enumerated rights?                                                     Yes

12.  Is the plea that you are now offering the result of a plea agreement between the parties?
                                                                           Yes

13.  The plea agreement is as follows:

     Sentencing Agreement to no more Than 13
     (thirteen Months) to run concurrently with
     eachother on each count

3

(A)   Has anyone promised anything beyond what is in the plea agreement?   _____

*(NOTE: Court must confirm with both attorneys and the defendant the accuracy of the plea bargaining agreement and ask each side to confirm the same on the record. If the Court is in any way a party to the plea agreement the Court shall state its knowledge and agreement to the plea arrangement.)*

(B)   If the plea agreement and its terms provide for your plea to be made in exchange for a specific sentence disposition or a prosecutorial sentence recommendation the Court may:

    (1)   Reject the agreement   _____

    (2)   ==Accept the agreement after considering the presentence report, in which event this Court must sentence you to the sentence agreed to or recommended by the prosecutor==   ✗

    (3)   Accept the agreement without having considered the presentence report   _____

    (4)   Take the plea agreement under advisement   _____

(C)   If the Court accepts the plea agreement without considering the presentence report or takes the plea under advisement, then the Court is not bound to follow the sentence disposition or recommendation agreed to by the prosecutor.   _____

(D)   If the Court chooses not to follow the plea agreement you will be allowed to withdraw from the plea agreement.   _____

14.   Have you been promised by the Court, the prosecutor or by your attorney that you would be put on probation or that you would receive any other specific type of sentence in return for the plea that you are now offering?   *No*

15.   Have you ever been promised that if you plead guilty [n.c.] to this charge, you would be treated more leniently than if you exercised your right to have a trial?   *No*

16.   Has anyone threatened you or attempted in any manner to force you to enter this plea?   *No*

*(NOTE: Court must confirm with prosecutor and defense counsel whether either is aware of any promises, threats, or inducements other than those already disclosed on the record)*

17.   (A)   Are you offering this plea of guilty [n.c.] because you really are guilty?   *Yes*

    (B)   Have you reviewed your Constitutional rights with your attorney and do you feel that it is in your best interest to plead guilty [n.c.] at this time?   *Yes*

    (C)   Is it your own choice to plead guilty [n.c.]?   *Yes*

4



18.  (Defendant must now write out what he/she actually did in the commission of this offense. When - Where - What?)

_____

_____

_____

19.  This is your last chance.  Are you telling the Court that you understand what you are doing in offering a plea of guilty and that you are voluntarily pleading guilty because you are guilty?                                                                                                    *Yes*

20.  Do you understand that if the Court accepts this plea that an appeal from the conviction and sentence pursuant to the plea will be by application for leave to appeal and not by right?  You are not entitled to have counsel appointed at public expense to assist you in filing an application for leave to appeal or to assist with other postconviction remedies unless you are financially unable to retain counsel and, your sentence exceeds the guidelines, the plea is conditional, the prosecuting attorney seeks leave to appeal, or the Court of Appeals or the Supreme Court grants leave to appeal.                                                                     *Yes*

21.  Do you understand that if the Court accepts this plea, that you are giving up any claim that the plea was the result of promises or threats that were not disclosed to the Court during this plea proceeding, or that it was not your own choice to enter the plea?                         *Yes*

*(NOTE: The Court must confirm with the prosecutor and defense counsel if they believe that the Court has complied with Michigan Court Rules pertaining to the taking of a plea.)*

I represent to the Court that all of the foregoing questions have been read and explained to me by my lawyer and that my answers are true and correct. I hereby waive my right to a trial by jury and freely and voluntarily plead ~~guilty~~ to the charge(s) of:

_Breaking + Entering, Possession of Burglar Tools, Conspiracy to Commit Breaking + Entering_

x _[signature]_
Signature of Defendant

_10-28-2002_
Date of Signature

I, _Joseph A. Niskar_, attorney for _Deitan Deda_, hereby certify that I have explained to him/her the legal significance of his/her answers to those questions and that the defendant signed this document in my presence and, I believe he/she understands what he/she is doing.

_[signature]_
Signature of Defendant's Attorney

Rev. 7/02

6